MARY M. McGRATH, as Administratrix, etc., Appellant, *v.* THE BROOKLYN CITY RAILROAD COMPANY, Respondent.

(Submitted December 7, 1886; decided January 18, 1887.)

*Carpenter & Roderick* for appellant.

*Morris & Pearsall* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

JOHN BELL, Respondent, *v.* JOHN B. SMITH, Appellant.

(Submitted December 7, 1886; decided January 18, 1887.)

*L. A. Gould* for motion.

*A. J. Fransioli* opposed.

Agree to grant motion to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

In the Matter of the Application of ALLAN CAMPBELL, Commissioner, etc.

(Argued January 18, 1887; decided January 25, 1887.)

*Hamilton Wallis* for appellant.

*Frank E. Smith* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.